No. 269. GUNN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Louis Eisenstein* and *James D. Fellers* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Stull, Lee A. Jackson* and *A. F. Prescott* for respondent.

No. 271. UNITED MFG. & SERVICE Co. (NOW UNI-LECTRIC, INC.) *v.* HOLWIN CORPORATION. C. A. 7th Cir. Certiorari denied. *Ira Milton Jones* for petitioner. *James R. McKnight* for respondent.

No. 272. HOBART *v.* O'BRIEN ET AL. C. A. 1st Cir. Certiorari denied. *Ford E. Young, Jr.* and *Josiah Lyman* for petitioner. *Irvin M. Davis* for O'Brien, respondent.

No. 277. LATENDRESSE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *William H. Krieg* and *C. Severin Buschmann, Jr.* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Stull, Lee A. Jackson* and *S. Dee Hanson* for respondent.

No. 279. DE WAGENKNECHT ET AL. *v.* STINNES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ralph G. Albrecht, John Geyer Tausig, Gerald J. McMahon* and *Henry F. Butler* for petitioners. *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls* and *Irwin A. Seibel* for Attorney General Brownell, and *John W. Pehle* for Stinnes, respondents.